DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FRANCESCA McELROY,

Appellant,

v.

GREGORY SOLOMON and MICHAEL McELROY,

Appellees.

No. 2D2023-1218

_____

April 19, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Pasco County; Kent Compton, Judge.

John Cullum, Wesley Chapel, for Appellant.

Somah Sameni, Tampa, for Appellee Gregory Solomon.

No appearance for Appellee Michael McElroy.

PER CURIAM.

   Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.